**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:13-CV-952-DJH-CHL**

**SOUTHWYND, LLC, et al.,**                                           **Plaintiff,**

v.

**PORTER BANCORP, INC., et al.,**                                   **Defendants.**

## REPORT AND RECOMMENDATION

The undersigned Magistrate Judge conducted a telephonic status conference in this case on August 18, 2015. Appearances were as follows:

(1) Laurence Zielke and Karen Jaracz for Southwynd, LLC, Majestic Development Company, LLC, Kelly Wright, Steven Wright, James Ball, and Deborah Ball.

(2) Timothy Schenk for PBI Bank, Inc.

(3) Kevin McGuire for Mark Delcotto.

(4) Christopher Thacker for Tina Parelli Ball and Kerry Ball.

The primary purpose of the August 18, 2015 status conference was to discuss with counsel the intended effect of the proposed order/stipulation filed by the parties on July 17, 2015. (DN 112.) Based on the discussion with counsel, the Court understands that all existing parties to this action have reached an agreement that would dispose of all remaining claims. However, the parties wish that the case remain open until certain payments are made pursuant to the terms of their agreement. Counsel for all parties agree that the relevant payment will be made, if at all, no later than September 25, 2015. If such payment is made, the parties intend to file an agreed order of dismissal with respect to the entirety of this case.

With respect to the proposed order (DN 112) previously filed by the parties, the undersigned informed counsel that the proposed order will not be entered at this time because it does not provide sufficient information as to which claims and which parties would remain if the Court were to enter the proposed order.  In response to further inquiries by counsel, the undersigned informed counsel that the Court would entertain a renewed proposed order more clearly reflecting the status and terms of the parties' settlement negotiations.  The undersigned further stated that if counsel have concerns regarding confidentiality of settlement terms, they may move to file such proposed order under seal.

Finally, Paul Blair ("Blair"), who is currently designated as an active defendant, third-party defendant, cross-claimant, and counter-claimant and who has appeared *pro se* throughout the pendency of this lawsuit, did not participate in the August 18, 2015 status conference. Counsel for all other parties indicated to the undersigned their understanding that Blair is no longer a party to this case.  Counsel pointed to a pleading styled "Notice of Payment in Full to Third Party Defendant, Paul Blair" (DN 101), as evidence of Blair having voluntarily dismissed his claims in this case.  Counsel also indicated that no other party is currently pursuing any claims against Blair.

Based on the August 18, 2015 status conference as recounted above, the undersigned RECOMMENDS that the Court enter an order taking the following actions:

(1)     REOPEN this action;

(2)     Order all parties to file a JOINT STATUS REPORT **no later than October 2, 2015** notifying the Court of the consummation, or lack thereof, of their settlement agreement;

   (3) DECLINE TO ENTER the proposed order/stipulation of partial dismissal (DN 112) filed by the parties; and

   (4) Enter an order DISMISSING WITH PREJUDICE from this action Paul Blair in all capacities.



cc: Counsel of record

  Paul Blair, *pro se*
  233 E. Main Street
  Morehead, Kentucky 40351