UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SOUTHWYND, LLC, et al.                                                                               Plaintiffs,

v.                                                                  Civil Action No. 3:13-cv-00952-DJH-CHL

PBI BANK, INC., et al.,                                                                              Defendants.

\* \* \* \* \*

## ORDER

The above matter has been referred to the United States Magistrate Judge for resolution of all litigation planning issues, entry of scheduling orders, consideration of amendments thereto, and disposition of all non-dispositive matters, including discovery issues. (Docket No. 45) The United States Magistrate Judge has filed his Report and Recommendation. No objections have been filed. The Court, having considered the aforementioned, adopts the recommended disposition as set forth in the Report and Recommendation submitted by the United States Magistrate Judge.

**IT IS HEREBY ORDERED** that the action be **REOPENED**.

**IT IS FURTHER ORDERED** that all parties a file a **JOINT STATUS REPORT** on or before October 2, 2015 notifying the Court of the consummation, or lack thereof, of their settlement agreement.

**IT IS FURTHER ORDERED** that the parties Joint Motion for Leave to Enter Agreed Order (D.N. 114) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the proposed order/stipulation of partial dismissal (D.N. 112) filed by the parties is **DENIED**.

1

**IT IS FURTHER ORDERED** that Defendant, Third Party Defendant, Cross Claimant, and Counter Claimant Paul Blair be **DISMISSED WITH PREJUDICE** from this action.

cc: Counsel of record